FILED

SEP 20 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Richard P. Liebowitz, NY Bar No. 5357702

Case No. **CV 19 80 228 MISC**

**ORDER TO SHOW CAUSE**

TO: Richard P. Liebowitz

To be eligible for admission to and continue membership in the bar of this Court, an attorney must be an active member in good standing of the State Bar of California. N.D. Cal. Civil L.R. 11-1(b). An attorney search on the State Bar of California's website, http://www.calbar.ca.gov/, indicates that you are not an active member of that bar.

Consequently, you are ordered to show cause **on or before October 4, 2019**, why your membership in the bar of this Court should not be terminated. If you fail to file a timely and adequate response to this Order, you will be removed from the membership roll without further notice.

If you have exercised, or pretended to be entitled to exercise, any of the privileges of membership in the bar of this Court when you are not in fact entitled to exercise such privileges, you may additionally be referred to the Standing Committee on Professional Conduct for possible sanctions for unauthorized practice pursuant to Civil Local Rule 11-8.

**IT IS SO ORDERED**.

Dated: September 20, 2019

_____

JAMES DONATO
United States District Judge

United States District Court
Northern District of California