UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Richard P. Liebowitz, NY Bar No. 5357702

Case No. 19-80-228-MISC

### RESPONSE TO ORDER TO SHOW CAUSE

RICHARD LIEBOWITZ, being duly sworn, respectfully submits the following response to the Court's order to show cause, dated September 20, 2019.

1. My membership in the bar of the United States District Court for the Northern District of California should not be terminated because, pursuant to Local Rule 11-3, I have obtained local co-counsel, Gregory Goonan, Esq. on the plaintiffs' behalf to file a notice of appearance in every pending case which I have initiated.

2. I have already filed an application for *pro hac vice* in all pending cases before this Court pursuant to L.R. 11-3.  Mr. Goonan has been designated as co-counsel and will file a notice of appearance within no later than thirty (30) days of the granting of said application.

Respectfully Submitted,
LIEBOWITZ LAW FIRM, PLLC

by: **/richardliebowitz/**
Richard Liebowitz
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
(516) 233-1660
rl@liebowtizlawfirm.com