KARL OLSON (SBN 104760)
ZACHARY E. COLBETH (SBN 297419)
CANNATA O'TOOLE FICKES & OLSON LLP
100 Pine Street, Suite 350
San Francisco, California 94111
Telephone:   (415) 409-8900
Facsimile:   (415) 409-8904
Email:       kolson@cofolaw.com
             zcolbeth@cofolaw.com

JEFF GLASSER (SBN 252596)
LOS ANGELES TIMES COMMUNICATIONS LLC
2300 E. Imperial Highway
El Segundo, California 90245
Telephone:   (213) 237-5000
Email:       jeff.glasser@latimes.com

Attorneys for Non-Party
LOS ANGELES TIMES COMMUNICATIONS LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN THE MATTER OF RICHARD P. LIEBOWITZ | CASE NO. 19-mc-80228-JD<br><br>**NON-PARTY LOS ANGELES TIMES COMMUNICATIONS LLC'S SUBMISSION RE: RICHARD LIEBOWITZ'S MOTION CONCERNING ORDER OF DISBARMENT**<br><br>Date:  November 21, 2019<br>Time:  10:00 am<br>Place: Courtroom 11, 19th Floor<br>Judge: Hon. James Donato |

# NON-PARTY LOS ANGELES TIMES COMMUNICATIONS LLC'S SUBMISSION RE: RICHARD LIEBOWITZ'S MOTION CONCERNING ORDER OF DISBARMENT

Los Angeles Times Communications LLC is a defendant in a case filed by Richard P. Liebowitz, entitled *Marcus Santos v. Los Angeles Times Communications LLC* (Northern District of California, Case No. 19-cv-05424-EMC). (Declaration of Karl Olson in Support of Non-Party Los Angeles Times Communications LLC's Submission Re: Richard Liebowitz's Motion Concerning Order of Disbarment ("Olson Decl."), ¶ 2.) To obtain *pro hac vice* status for the *Santos* case, Mr. Liebowitz named as his alleged local co-counsel Gregory Goonan of San Diego, a member of the State Bar of California and of the Northern District of California. (Olson Decl. at ¶ 3.) Magistrate Judge van Keulen granted *pro hac vice* status to appear before the Northern District in the *Santos* case on October 3, 2019. (Olson Decl. at ¶ 3 and Exhibit ("Ex.") A.)[1]

On October 4, 2019, in the present case, Mr. Liebowitz assured this Court, in his "Response to Order to Show Cause" (Dkt. #2), of the following: "I have already filed an application for *pro hac vice* in all pending cases before this Court pursuant to L.R. 11-3. Mr. Goonan has been designated as co-counsel and will file a notice of appearance within no later than thirty (30) days of the granting of said application." Nevertheless, despite making this assurance and despite the fact that Mr. Liebowitz was granted *pro hac vice* status in the *Santos* case well over thirty days ago, Mr. Goonan has to date not filed a notice of appearance as local co-counsel in the *Santos* case. (Olson Decl. at ¶ 4.)

Moreover, in this Court's October 7, 2019 Order of Disbarment (Dkt. # 3) regarding Mr. Liebowitz, the Court ordered that Mr. Liebowitz "disclose these OSC proceedings to any judge in this district before whom Liebowitz has a pending pro hac vice application." To date, there appears no indication that Mr. Liebowitz has disclosed in the *Santos* matter anything about the OSC proceedings that occurred in this case. (Olson Decl. at ¶ 5.)

Finally, it has come to the undersigned counsel's attention that Mr. Liebowitz is

---

[1] The *Santos* case has since been reassigned to Judge Chen.

currently under disciplinary sanctions action, as well as other scrutiny, in New York federal district court for alleged dishonesty toward a district court judge. (Olson Decl. at ¶ 6.) This would appear to call into question his "good standing" to appear *pro hac vice* before this Court under Civil Local Rule 11-3, as well as his commitment to the Standards of Professional Conduct set forth in Civil Local Rule 11-4. A copy of the Order and Order to Show Cause entered against Mr. Liebowitz by Judge Cathy Seibel of the U.S. District Court for the Southern District of New York is attached as **Exhibit B to the Karl Olson Declaration**. (Olson Decl. at ¶ 6 and Ex. B.) Copies of media articles regarding Mr. Liebowitz's alleged unethical behavior, both concerning his alleged dishonesty with Judge Seibel, as well as his reputation for overwhelming the federal court system with copyright infringement lawsuits, are attached as **Exhibits C** and **D to that declaration**. (Olson Decl. at ¶ 6 and Exs. C and D.) Mr. Liebowitz states that the Court's October 7, 2019 Order of Disbarment "should be vacated and/or corrected" in order "to prevent manifest justice [sic][.]" (Dkt. # 5.) In fact, justice would be served by preventing Mr. Liebowitz from filing a barrage of lawsuits in the Northern District of California and continuing the conduct which has drawn scrutiny in both the New York federal court and in this matter.[2]

Given the foregoing, we respectfully request that this Court seriously consider barring Mr. Liebowitz from serving as *pro hac vice* counsel in the Northern District of California.

Respectfully submitted,

DATED: November 18, 2019   CANNATA O'TOOLE FICKES & OLSON LLP

By:   /s/ Karl Olson
       KARL OLSON

Counsel for Non-Party
LOS ANGELES TIMES COMMUNICATIONS LLC

---

[2] Our search shows that Mr. Leibowitz has been involved in 22 cases in the Northern District in just the past year or so. (Olson Decl. at ¶ 7 and Ex. E.) That's a lot. We would venture to say that many, if not most, experienced practitioners who have made the Northern District their home for decades and have worked earnestly to serve justice, the court, and their clients in this Court haven't been involved in that many cases in that short period of time.