UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN THE MATTER OF<br>RICHARD P. LIEBOWITZ | Case No. 19-mc-80228-JD<br>**AMENDED DECLARATION<br>OF RICHARD LIEBOWITZ** |

I, RICHARD LIEBOWITZ, hereby swear under the penalty of perjury that the following is true and correct to the best of my personal knowledge:

1. On November 18, 2019, Defendant Los Angeles Times, via counsel Karl Olsen, filed a false and misleading submission *in the Matter of Richard P. Liebowitz*, indicating that on October 7, 2019, Judge Donato ordered me to "disclose these OSC proceeding to any judge in this district before whom Liebowitz has a pending pro hac vice application." Mr. Olsen went on to say that "there appears no indication that Mr. Liebowitz has disclosed in the *Santos* matter anything about the OSC proceedings that occurred in this case."

2. To the extent Mr. Olsen is arguing that I violated Judge Donato's order by not disclosing the OSC proceedings to this Court, Mr. Olsen's claim is false. Judge Donato only ordered me to disclose the OSC proceedings in cases where a *pro hac vice* application was "pending" as of October 7, 2019.

1309138.v1

3. In the *Santos* case, 19-cv-05424-EMC, my *pro hac vice* application was granted on **October 3, 2019** [Dkt. #9], prior to Judge Donato's October 7 order. Accordingly, I am in full compliance with Judge Donato's 10/7/19 order.

4. Furthermore, Gregory Goonan, who is designated local counsel, has filed his notice of appearance in the *Santos* action on November 18, 2019. [Dkt. #22]

5. As such, any of LA Times' remaining objections to my *pro hac* status in the *Santos* case are moot.

6. Attorney Karl Olsen should be reprimanded for (a) filing papers in this matter without the Court's permission; and (b) for submitting false and misleading statements to the Court, as indicated above.

Dated: Valley Stream, New York
       November 19, 2019

                                                    /s/richardliebowitz/
                                                  RICHARD LIEBOWITZ