**Exhibit J**

Query    Reports    Utilities    Help    Log Out

CLOSED,CASREF,ECF

# U.S. District Court
## Southern District of New York (White Plains)
### CIVIL DOCKET FOR CASE #: 7:18-cv-08956-CS

| | |
|---|---|
| Berger v. Imagina Consulting, Inc. | Date Filed: 09/30/2018 |
| Assigned to: Judge Cathy Seibel | Date Terminated: 05/07/2019 |
| Referred to: Magistrate Judge Judith C. McCarthy (Settlement) | Jury Demand: Both |
| Cause: 17:101 Copyright Infringement | Nature of Suit: 820 Copyright |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Jason Berger**     represented by     **Richard Liebowitz**
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 301
Suite 305
Valleystream, NY 11580
516-233-1660
Email: RL@LiebowitzLawFirm.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Imagina Consulting, Inc.**     represented by     **Craig Justin Albert**
Albert PLLC
733 3rd Ave, FL 15
New York, NY 10017-3293
646-790-5840
Email: Craig@AlbertPLLC.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/30/2018 | 1 | COMPLAINT against Imagina Consulting, Inc.. (Filing Fee $ 400.00, Receipt Number 0208-15637004)Document filed by Jason Berger. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Liebowitz, Richard) (Entered: 09/30/2018) |
| 09/30/2018 | 2 | REQUEST FOR ISSUANCE OF SUMMONS as to Imagina Consulting, Inc., re: 1 Complaint. Document filed by Jason Berger. (Liebowitz, Richard) (Entered: 09/30/2018) |

| | | |
|---|---|---|
| 09/30/2018 | 3 | CIVIL COVER SHEET filed. (Liebowitz, Richard) (Entered: 09/30/2018) |
| 09/30/2018 | 4 | AO 121 FORM COPYRIGHT - NOTICE OF SUBMISSION BY ATTORNEY. AO 121 Form Copyright for case opening submitted to court for review.(Liebowitz, Richard) (Entered: 09/30/2018) |
| 10/01/2018 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above-entitled action is assigned to Judge Cathy Seibel. Please download and review the Individual Practices of the assigned District Judge, located at http://nysd.uscourts.gov/judges/District. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at http://nysd.uscourts.gov/ecf_filing.php. (pc) (Entered: 10/01/2018) |
| 10/01/2018 | | Magistrate Judge Judith C. McCarthy is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: http://nysd.uscourts.gov/forms.php. (pc) (Entered: 10/01/2018) |
| 10/01/2018 | | Case Designated ECF. (pc) (Entered: 10/01/2018) |
| 10/01/2018 | 5 | ELECTRONIC SUMMONS ISSUED as to Imagina Consulting, Inc.. (pc) (Entered: 10/01/2018) |
| 10/01/2018 | 6 | AO 121 FORM COPYRIGHT - CASE OPENING - SUBMITTED. In compliance with the provisions of 17 U.S.C. 508, the Register of Copyrights is hereby advised that a court action has been filed on the following copyright(s) in the U.S. District Court Southern District of New York. Form e-mailed to Register of Copyrights. (pc) (Entered: 10/01/2018) |
| 11/26/2018 | 7 | FIRST RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Imagina Consulting, Inc..(Albert, Craig) (Entered: 11/26/2018) |
| 11/26/2018 | 8 | ANSWER to 1 Complaint with JURY DEMAND. Document filed by Imagina Consulting, Inc..(Albert, Craig) (Entered: 11/26/2018) |
| 11/26/2018 | 9 | NOTICE OF INITIAL COURT CONFERENCE: Initial Conference set for 12/19/2018 at 03:00 PM in Courtroom 621, 300 Quarropas Street, White Plains, NY 10601 before Judge Cathy Seibel. (kgo) (Entered: 11/26/2018) |
| 12/12/2018 | 10 | INITIAL REPORT OF PARTIES BEFORE PRETRIAL CONFERENCE. Document filed by Jason Berger.(Liebowitz, Richard) (Entered: 12/12/2018) |
| 12/18/2018 | 11 | **FILING ERROR - WRONG EVENT TYPE SELECTED FROM MENU -** MOTION for Leave to Appear Telephonically for Initial Conference . Document filed by Jason Berger.(Liebowitz, Richard) Modified on 1/17/2019 (ldi). (Entered: 12/18/2018) |
| 12/18/2018 | 12 | ORDER granting 11 Motion for Leave to Appear Telephonically: The parties may appear by phone. Please call Jared in my chambers for instructions (914-390-4271). (HEREBY ORDERED by Judge Cathy Seibel)(Text Only Order) (Seibel, Cathy) (Entered: 12/18/2018) |
| 12/18/2018 | 13 | FIRST AMENDED COMPLAINT amending 1 Complaint against Imagina Consulting, Inc. with JURY DEMAND.Document filed by Jason Berger. Related document: 1 |

|            |    | Complaint. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Liebowitz, Richard) (Entered: 12/18/2018) |
|------------|----|---|
| 12/19/2018 |    | Minute Entry for proceedings held before Judge Cathy Seibel: Initial Conference held on 12/19/2018. Case Management Plan is signed. This is case is to be referred to Magistrate Judge McCarthy for settlement purposes. Submit pre-motion letter(s) by June 11, 2019; opposition due June 18, 2019. See transcript. (Status Conference set for 6/25/2019 at 11:00 AM in Courtroom 621, 300 Quarropas Street, White Plains, NY 10601 before Judge Cathy Seibel). (Court Reporter Sabrina D'Emidio) (wc) (Entered: 12/20/2018) |
| 12/20/2018 | 14 | CIVIL CASE DISCOVERY PLAN AND SCHEDULING ORDER: The case is to be tried to a jury. Deposition due by 6/19/2019. Fact Discovery due by 6/19/2019. Expert Discovery due by 8/16/2019. Case Management Conference set for 6/25/2019 at 11:00 AM before Judge Cathy Seibel. (Signed by Judge Cathy Seibel on 12/19/2018) (mml) (Entered: 12/20/2018) |
| 12/20/2018 | 15 | ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for Settlement. Referred to Magistrate Judge Judith C. McCarthy. (Signed by Judge Cathy Seibel on 12/20/2018) (mml) (Entered: 12/20/2018) |
| 01/03/2019 | 16 | SCHEDULING ORDER: Settlement Conference set for 2/11/2019 at 02:00 PM in Courtroom 421, 300 Quarropas Street, White Plains, NY 10601 before Magistrate Judge Judith C. McCarthy; and as further set forth in this Order. SO ORDERED. (Signed by Magistrate Judge Judith C. McCarthy on 1/3/2019) (anc) (Entered: 01/03/2019) |
| 01/10/2019 | 17 | LETTER MOTION to Adjourn Conference addressed to Magistrate Judge Judith C. McCarthy from Craig J. Albert dated January 10, 2019. Document filed by Imagina Consulting, Inc.. Return Date set for 2/11/2019 at 02:00 PM.(Albert, Craig) (Entered: 01/10/2019) |
| 01/11/2019 | 18 | ORDER granting 17 Letter Motion to Adjourn Settlement Conference. The Settlement Conference scheduled for February 11, 2019 is adjourned to March 20, 2019 at 2:00 PM in Courtroom 421, 300 Quarropas Street, White Plains, NY 10601 before Magistrate Judge Judith C. McCarthy. (HEREBY ORDERED by Magistrate Judge Judith C. McCarthy)(Text Only Order) (McCarthy, Judith) (Entered: 01/11/2019) |
| 01/16/2019 | 19 | ANSWER to 13 Amended Complaint, with JURY DEMAND. Document filed by Imagina Consulting, Inc..(Albert, Craig) (Entered: 01/16/2019) |
| 03/14/2019 | 20 | LETTER MOTION to Adjourn Conference addressed to Magistrate Judge Judith C. McCarthy from Craig J. Albert dated 3/14/2019. Document filed by Imagina Consulting, Inc.. Return Date set for 3/20/2019 at 02:00 PM.(Albert, Craig) (Entered: 03/14/2019) |
| 03/15/2019 | 21 | ORDER granting 20 Letter Motion to Adjourn Conference. The Settlement Conference scheduled for March 20, 2019 is adjourned *sine die*. The parties are directed to notify the Court when they are ready to participate in a Settlement Conference. (HEREBY ORDERED by Magistrate Judge Judith C. McCarthy)(Text Only Order) (McCarthy, Judith) (Entered: 03/15/2019) |
|            |    | |

| | | |
|---|---|---|
| 03/15/2019 | 22 | PROPOSED PROTECTIVE ORDER. Document filed by Imagina Consulting, Inc..(Albert, Craig) (Entered: 03/15/2019) |
| 03/15/2019 | 23 | STIPULATED CONFIDENTIALITY AND PROTECTIVE ORDER...regarding procedures to be followed that shall govern the handling of confidential material... (Signed by Judge Cathy Seibel on 3/15/2019) (rjm) (Entered: 03/15/2019) |
| 03/15/2019 | 24 | LETTER addressed to Magistrate Judge Judith C. McCarthy from Richard Liebowitz dated 3/15/19 re: Adjournment of settlement conference. Document filed by Jason Berger.(Liebowitz, Richard) (Entered: 03/15/2019) |
| 04/05/2019 | 25 | LETTER MOTION for Discovery *(Informal Conference Request)* addressed to Judge Cathy Seibel from Craig J. Albert dated 4/5/2019. Document filed by Imagina Consulting, Inc..(Albert, Craig) (Entered: 04/05/2019) |
| 04/05/2019 | 26 | ORDER deferring ruling on 25 Motion for Discovery: Counsel should supplement the request with an explanation of the circumstances and the nature of the problem. (HEREBY ORDERED by Judge Cathy Seibel)(Text Only Order) (Seibel, Cathy) (Entered: 04/05/2019) |
| 04/05/2019 | 27 | SUPPLEMENTAL LETTER MOTION for Discovery *(Informal Conference Request)* addressed to Judge Cathy Seibel from Craig J. Albert dated 4/5/2019. Document filed by Imagina Consulting, Inc..(Albert, Craig) (Entered: 04/05/2019) |
| 04/05/2019 | 28 | ORDER granting 27 Letter Motion for Discovery: Discovery conference to be held on 4/12/19 at 11 am. Plaintiff is to state his position, by letter of no more than 3 pages, no later than 4/9/19. (HEREBY ORDERED by Judge Cathy Seibel)(Text Only Order) (Seibel, Cathy) (Entered: 04/05/2019) |
| 04/05/2019 | 29 | ORDER granting 25 Letter Motion for Discovery: See Doc. 28. (HEREBY ORDERED by Judge Cathy Seibel)(Text Only Order) (Seibel, Cathy) (Entered: 04/05/2019) |
| 04/09/2019 | 30 | LETTER addressed to Judge Cathy Seibel from Richard Liebowitz dated 4/9/19 re: Discovery Status Update. Document filed by Jason Berger.(Liebowitz, Richard) (Entered: 04/09/2019) |
| 04/12/2019 | | Minute Entry for proceedings held before Judge Cathy Seibel: Discovery Hearing held on 4/12/2019. Plaintiff's counsel did not appear. The Court will issue an Order to Show Cause to Plaintiff's counsel (Richard Liebowitz, Esq.) as to why he did not appear for the proceeding today and why he should not pay the fees incurred by Defendant's counsel (Craig Albert, Esq.) for appearing today. The discovery hearing has been re-scheduled for April 18, 2019 at 12:15 p.m. See transcript. (Discovery Hearing set for 4/18/2019 at 12:15 PM in Courtroom 621, 300 Quarropas Street, White Plains, NY 10601 before Judge Cathy Seibel). (Court Reporter Angela O'Donnell) (wc) (Entered: 04/12/2019) |
| 04/12/2019 | 31 | ORDER TO SHOW CAUSE: Plaintiff is hereby ORDERED to SHOW CAUSE in writing, on or before April 17, 2019, why: 1. He failed to appear for today's discovery conference; and 2. He should not be required to pay Defendant's attorney's fees for the time expended while appearing at today's discovery conference. Further, the Court will hold what should have been today's discovery conference on April 18, 2019, at 12:15 p.m. The Clerk of Court is respectfully directed to serve this Order to Show Cause on |

| | | |
|---|---|---|
| | | Plaintiff by mail. SO ORDERED. (Signed by Judge Cathy Seibel on 4/12/2019) (ks) Transmission to Docket Assistant Clerk for processing. (Entered: 04/12/2019) |
| 04/12/2019 | | Mailed a copy of 31 Order to Show Cause, to Richard Liebowitz Liebowitz Law Firm, PLLC 11 Sunrise Plaza, Suite 301 Suite 305 Valleystream, NY 11580. (aea) (Entered: 04/12/2019) |
| 04/15/2019 | 32 | LETTER addressed to Judge Cathy Seibel from Richard Liebowitz dated April 15, 2019 re: Status Letter. Document filed by Jason Berger.(Liebowitz, Richard) (Entered: 04/15/2019) |
| 04/16/2019 | 33 | MEMO ENDORSEMENT on re: 32 Letter filed by Jason Berger. ENDORSEMENT: If Mr. Liebowitz will be back in the office on Friday, 4/19/19, or Monday, 4/22/19, I would rather do the conference in person then. If not, both parties may attend by phone on 4/18/19, but I do my civil conferences on the record and doing them by phone makes life difficult for the court reporter. So the parties should confer about whether we can do it Friday or Monday. If not, we'll do it Thursday by phone. Either way the parties should advise my courtroom deputy, Walter Clark (914-390-4077 or walter_clark@nysd.uscourts.gov), who will explain how to do the phone conference if it can't be avoided. SO ORDERED. (Signed by Judge Cathy Seibel on 4/16/2019) (mml) (Entered: 04/16/2019) |
| 04/17/2019 | 34 | LETTER addressed to Judge Cathy Seibel from Richard Liebowitz dated April 17, 2019 re: Status Letter. Document filed by Jason Berger.(Liebowitz, Richard) (Entered: 04/17/2019) |
| 04/18/2019 | | Minute Entry for proceedings held before Judge Cathy Seibel: Discovery Hearing held on 4/18/2019. Both parties appear telephonically. The Court orders Plaintiff's counsel (Richard Liebowitz, Esq.) to sign the interrogatories by April 19, 2019, or else, the Court will impose a $100 dollar-a-day sanction until they are signed. The Court also orders Plaintiff's counsel to produce 100% of documents that have been asked for by the Defendant by April 22, 2019. The Court directs Defendant's counsel (Craig Albert, Esq.) to provide the Court and Plaintiff's counsel the billing records by May 1, 2019; Plaintiff's opposition due May 15, 2019; Defendant's reply due May 22, 2019. The Court also orders Mr. Liebowitz to provide accurate supporting documentation that confirms his emergency causing him to be absent from the previously scheduled April 12, 2019 conference by May 1, 2019, or else, he will be paying for Mr. Albert's incurred expenses for appearing at the April 12 conference. See transcript. (Court Reporter Darby Ginsberg) (wc) (Entered: 04/19/2019) |
| 05/01/2019 | 35 | LETTER addressed to Judge Cathy Seibel from Craig J. Albert dated May 1, 2019 re: Time records. Document filed by Imagina Consulting, Inc..(Albert, Craig) (Entered: 05/01/2019) |
| 05/01/2019 | 36 | LETTER addressed to Judge Cathy Seibel from Richard Liebowitz dated May 1, 2019 re: Richard Liebowitz. Document filed by Jason Berger.(Liebowitz, Richard) (Entered: 05/01/2019) |
| 05/01/2019 | 37 | LETTER addressed to Judge Cathy Seibel from Craig J. Albert dated May 1, 2019 re: Report on plaintiff's failure to comply with order. Document filed by Imagina Consulting, Inc..(Albert, Craig) (Entered: 05/01/2019) |
| 05/01/2019 | 38 | |

| | | |
|---|---|---|
| | | MEMO ENDORSEMENT on re: 36 Letter filed by Jason Berger. ENDORSEMENT: This letter is not responsive to my instruction. Mr. Liebowitz was to document who passed away, when the person passed away and when Mr. Liebowitz was notified. The reason I requested documentation is that there is reason to believe Mr. Liebowitz is not being candid. So a letter from him does not advance the ball. When someone dies, there is documentation including a death certificate and (almost always) an obituary, and nowadays one's phone usually contains evidence of what one was told and when. Mr. Liebowitz may have until 5/3/19 to supplement this letter. SO ORDERED. (Signed by Judge Cathy Seibel on 5/1/2019) (mml) (Entered: 05/02/2019) |
| 05/01/2019 | 39 | MEMO ENDORSEMENT on re: 37 Letter filed by Imagina Consulting, Inc. ENDORSEMENT: At this point it seems that the absence of documents is going to hurt Plaintiff more than Defendant. Naturally Plaintiff will not be able to use anything he did not produce, and that may present insurmountable problems for him. In any event, what efforts were made to comply and when, and how it was that the first set of responses was so incorrect, can be explored via deposition. SO ORDERED. (Signed by Judge Cathy Seibel on 5/1/2019) (mml) (Entered: 05/02/2019) |
| 05/02/2019 | 40 | LETTER addressed to Magistrate Judge Judith C. McCarthy from Craig J. Albert dated May 2, 2019 re: Schedule settlement conference. Document filed by Imagina Consulting, Inc..(Albert, Craig) (Entered: 05/02/2019) |
| 05/03/2019 | 41 | NOTICE of Settlement . Document filed by Jason Berger. (Liebowitz, Richard) (Entered: 05/03/2019) |
| 05/06/2019 | 42 | LETTER addressed to Judge Cathy Seibel from Craig J. Albert dated May 6, 2019 re: Settlement and issues remaining unresolved. Document filed by Imagina Consulting, Inc..(Albert, Craig) (Entered: 05/06/2019) |
| 05/07/2019 | 43 | STIPULATION OF VOLUNTARY DISMISSAL It is hereby stipulated and agreed by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice against the defendant(s) Imagina Consulting, Inc. pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Document filed by Jason Berger. **Proposed document to be reviewed and processed by Clerk's Office staff (No action required by chambers).**.(Liebowitz, Richard) (Entered: 05/07/2019) |
| 05/07/2019 | 44 | AO 121 FORM COPYRIGHT - CASE TERMINATED- SUBMITTED. In compliance with the provisions of 17 U.S.C. 508, the Register of Copyrights is hereby advised that a final decision was rendered on 05/07/2019 in a court action filed on the following copyright(s) in the U.S. District Court Southern District of New York. Form e-mailed to Register of Copyrights. (dt) (Entered: 05/07/2019) |
| 05/07/2019 | 45 | MEMO ENDORSEMENT on re: 42 Letter filed by Imagina Consulting, Inc. ENDORSEMENT: I'm glad the parties have resolved the case (and, I presume, the issue of Plaintiff's counsel's expenses for the April 12 conference), but there remains one open issue: Mr. Liebowitz's failure to document the death in the family that he says caused him to miss the conference. (See Doc. 38.). He was supposed to address that issue by May 3, but I will give him until May 9. Even if Defendant has been made whole, I still need to satisfy myself that there is no need for disciplinary or other inquiry. SO ORDERED. (Signed by Judge Cathy Seibel on 5/7/2019) (mml) (Entered: 05/07/2019) |

| | | |
|---|---|---|
| 05/09/2019 | 46 | DECLARATION of Richard P. Liebowitz re: 45 Memo Endorsement,, . Document filed by Jason Berger. (Liebowitz, Richard) (Entered: 05/09/2019) |
| 05/13/2019 | 47 | ORDER TO SHOW CAUSE: Mr. Liebowitz is therefore ORDERED to SHOW CAUSE in writing, no later than May 16, 2019, why he should not be referred to the Court's Grievance Committee. His response to this Order to Show Cause shall include documentation or other evidence apart from his say-so regarding the death in the family that he says prevented him from attending the April 12 conference and timely notifying the Court and Defendant's counsel of his inability to attend. SO ORDERED. (Signed by Judge Cathy Seibel on 5/13/2019) (mml) (Entered: 05/14/2019) |
| 05/16/2019 | 48 | DECLARATION of Richard P. Liebowitz in Opposition re: 47 Order to Show Cause,,. Document filed by Jason Berger. (Liebowitz, Richard) (Entered: 05/16/2019) |
| 07/26/2019 | 49 | ORDER: Accordingly, it is hereby ORDERED that, on or before August 12, 2019, Richard Liebowitz shall on pain of contempt provide this Court with a copy of the death certificate of his grandfather who he says passed away on April 12, 2019. SO ORDERED. (Signed by Judge Cathy Seibel on 7/26/2019) (mml) (Entered: 07/26/2019) |
| 08/12/2019 | 50 | RESPONSE re: 49 Order, . Document filed by Jason Berger. (Liebowitz, Richard) (Entered: 08/12/2019) |
| 08/19/2019 | 51 | MEMO ENDORSEMENT on re: 50 Response filed by Jason Berger. ENDORSEMENT: The death of a loved one is indeed a personal matter, but whether Mr. Liebowitz has been candid with the Court is a professional matter, so he is not relieved from my Order that he produce the death certificate (Doc. 49). If he is for some reason concerned about the death certificate being available on the public docket, he may provide it directly to my chambers. If he does not do so by August 26, 2019, he will be in contempt of court and subject to monetary and other sanctions, and/or referral to this Court's Grievance Committee. SO ORDERED. (Signed by Judge Cathy Seibel on 8/19/2019) (mml) (Entered: 08/19/2019) |
| 08/26/2019 | 52 | DECLARATION of Richard P. Liebowitz in Opposition re: 51 Memo Endorsement,,. Document filed by Jason Berger. (Liebowitz, Richard) (Entered: 08/26/2019) |
| 09/27/2019 | 53 | MEMO ENDORSEMENT on re: 52 Declaration in Opposition filed by Jason Berger. ENDORSEMENT: There is nothing unlawful about my August 19, 2019 order. There was also nothing unclear about it. Likewise, Mr. Liebowitz's failure to comply is apparent beyond any reasonable doubt. Finally, he has not diligently attempted to comply. To the contrary, while maintaining that the death occurred (and thus implicitly conceding the existence of a death certificate), he has repeatedly refused to provide it, even after the Court made clear that his "good faith declarations" were insufficient and after the Court agreed that the document need not be publicly filed. He has not shown or even alleged an inability to comply. Accordingly, Mr. Liebowitz is hereby declared to be in contempt of court. Should he not comply with my August 19, 2019 Order by October 2, 2019, he will (without further order) be sanctioned $100 each business day (beginning October 2, 2019) until he does comply. Said payments are to be made to the Clerk of Court on each Monday, covering the previous week. In imposing this sanction I have considered the nature of the harm, the probable effectiveness of this sanction, and the resources of a practicing lawyer. Should this sanction prove insufficient, additional or different sanctions will be considered. SO ORDERED. (Signed by Judge Cathy Seibel on 9/27/2019) (ne) (Entered: 09/27/2019) |

| | | |
|---|---|---|
| 10/02/2019 | 54 | LETTER MOTION for Conference re: 53 Memo Endorsement,,,,, addressed to Judge Cathy Seibel from Richard Liebowitz dated 10/2/19., LETTER MOTION to Stay re: 53 Memo Endorsement,,,,, addressed to Judge Cathy Seibel from Richard Liebowitz dated 10/2/19. Document filed by Jason Berger.(Liebowitz, Richard) (Entered: 10/02/2019) |
| 10/03/2019 | 55 | ORDER denying 54 Letter Motion for Conference and denying 54 Letter Motion to Stay: Mr. Liebowitz's letter does not state what purpose a conference would serve, nor does it provide any cause that would justify a stay of my September 27 Order. (HEREBY ORDERED by Judge Cathy Seibel)(Text Only Order) (Seibel, Cathy) (Entered: 10/03/2019) |
| 10/03/2019 | 56 | SECOND LETTER MOTION for Conference re: 55 Order on Motion for Conference, Order on Motion to Stay,, addressed to Judge Cathy Seibel from Richard Liebowitz dated 10/3/19. Document filed by Jason Berger.(Liebowitz, Richard) (Entered: 10/03/2019) |
| 10/04/2019 | 57 | ORDER denying 56 Letter Motion for Conference: On 10/2/19, Mr. Liebowitz asked for a conference and a stay of my 9/27/19 Order. I denied the application, stating, "Mr. Liebowitz's letter does not state what purpose a conference would serve, nor does it provide any cause that would justify a stay of my September 27 Order." Today Mr. Liebowitz filed another letter requesting the same relief. It likewise fails to state what purpose a conference would serve or provide any cause that would justify a stay of my September 27 Order, and therefore the application is denied. As evidenced by his responses to my earlier orders regarding the death certificate, Mr. Liebowitz seems to think that it makes sense, upon learning that an submission is insufficient, to keep filing similarly insufficient sumbissions. It does not. Mr. Liebowitz is ordered to refrain from filing any further requests for a conference unless the request explains specifically the purpose to be served by the conference. Mr. Liebowitz is further ordered to refrain from filing any further requests for a stay unless the request explains specifically why a stay would be justified. Mr. Liebowitz's first payment of the contempt sanction is due in the Office of the Clerk of Court on Monday, October 7, 2019. (HEREBY ORDERED by Judge Cathy Seibel)(Text Only Order) (Seibel, Cathy) (Entered: 10/04/2019) |
| 10/07/2019 | 58 | LETTER MOTION for Extension of Time addressed to Judge Cathy Seibel from Richard Liebowitz dated 10/7/19. Document filed by Jason Berger.(Liebowitz, Richard) (Entered: 10/07/2019) |
| 10/07/2019 | 59 | ORDER denying 58 Letter Motion for Extension of Time: Application denied. Mr. Liebowitz has known since May that he was required to provide documentation of the death, and was specifically ordered in July to provide the death certificate. He has had plenty of time to obtain it and I cannot fathom why he did not prioritize that task. Nor do I see any reason to stay the sanctions order. Mr. Liebowitz was supposed to pay his contempt fine today, and the application for an extension came at 8:34 pm, well after the Clerk's Office closed. If that means that Mr. Liebowitz did not pay the $300 he has accrued beginning October 2, 2019, that means he is in contempt not only of my 8/19/19 Order, but also of my 9/27/19 order. I really do not want to have to pile contempt sanctions on top of contempt sanctions, so Mr. Liebowitz needs to stop trying to put off his obligations and instead he should just meet them. He needs to pay the $300 tomorrow, and he needs to submit the death certificate if he wants to stop additional payments from accruing. (HEREBY ORDERED by Judge Cathy Seibel) (Text Only Order) (Seibel, Cathy) (Entered: 10/07/2019) |

| | | |
|---|---|---|
| 11/01/2019 | 60 | ORDER AND ORDER TO SHOW CAUSE: Richard Liebowitz, Plaintiff's counsel in this case, is now in contempt of my August 19, 2019 and September 27, 2019 orders. (See Docs. 51, 53.) The $100 fine he accrues each business day has plainly been ineffective to coerce compliance with the August 19, 2019 Order. Accordingly, the daily contempt sanction is hereby increased to $500 a day, effective November 6, 2019. Starting on that date, Mr. Liebowitz will be sanctioned $500 per business day (payable on Monday of each week, or Tuesday if the office of the Clerk of Court is not open on Monday) until he has complied in full with my August 19, 2019 and September 27, 2019 Orders. Further, Mr. Liebowitz is hereby ORDERED to appear before this Court in person on November 13, 2019 at 10 a.m., and there and then SHOW CAUSE why he should not be incarcerated until such time as he complies with the above-described orders (and, if applicable, the instant order). Failure to appear as directed will subject Mr. Liebowitz to arrest by the United States Marshals Service without further notice. Show Cause Hearing set for 11/13/2019 at 10:00 AM before Judge Cathy Seibel. (Signed by Judge Cathy Seibel on 11/1/2019) (mro) Transmission to Finance Unit (Cashiers) for processing. (Entered: 11/04/2019) |
| 11/13/2019 | | Minute Entry for proceedings held before Judge Cathy Seibel: Show Cause Hearing held on 11/13/2019. Plaintiff's counsel, Richard Liebowitz, Esq., appears with counsel (Richard Greenberg, Esq.) in response to the Order to Show Cause issued by the Court on November 1, 2019. The Court declines to vacate the findings of contempt based on failure to produce death certificate and failure to pay contempt sanctions, finding that Mr. Liebowitz willfully lied to the Court and willfully failed to comply with lawful Court orders. The certificate having been produced through counsel, and Mr. Liebowitz having paid $3700 in sanctions, the Court finds Mr. Liebowitz no longer in contempt. There is no further need for sanctions. The Court will defer to the Grievance Committee as to further action. Mr. Liebowitz's counsel is directed by the Court to notify chambers by 5:00 p.m. today (November 13, 2019) if anything should be redacted from his submission other than what the Court has specified. If not, the document should be filed by 5:00 p.m. today with the Court-ordered redactions. See transcript. (Court Reporter Darby Ginsberg) (wc) (Entered: 11/26/2019) |
| 11/14/2019 | 61 | LETTER addressed to Judge Cathy Seibel from Richard A. Greenberg dated 11/11/2019 re: For the reasons set forth below, I respectfully request that the Court vacate its two contempt orders, declare Richard's financial penalties satisfied, and permit him to continue to practice before this Court. (mml) (Entered: 11/14/2019) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/14/2019 12:59:12 | | | |
| **PACER Login:** | SMRHFirmUser | **Client Code:** | 0003-000003 |
| **Description:** | Docket Report | **Search Criteria:** | 7:18-cv-08956-CS |
| **Billable Pages:** | 8 | **Cost:** | 0.80 |