1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
2     Including Professional Corporations
   JAMES M. CHADWICK, Cal. Bar No. 157114
3  TENAYA RODEWALD, Cal. Bar No. 248563
   379 Lytton Avenue
4  Palo Alto, California 94301-1479
   Telephone:    650.815.2600
5  Facsimile:    650.815.2601
   Email:        jchadwick@sheppardmullin.com
6                    trodewald@sheppardmullin.com

7  Attorneys for California News Publishers Association

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| IN THE MATTER OF RICHARD P. LIEBOWITZ | Case No. 3:19-mc-80228-JD <br><br> **REQUEST FOR JUDICIAL NOTICE RE SUBMISSION OF THE CALIFORNIA NEWS PUBLISHERS ASSOCIATION IN SUPPORT OF ORDER BARRING RICHARD P. LIEBOWITZ FROM PRACTICE IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA** <br><br> Crtrm.:  11, 19th Floor <br> Judge:  The Hon. James Donato |
|---|---|

## REQUEST FOR JUDICIAL NOTICE

California News Publishers Association ("CNPA") files this Request for Judicial Notice in Support of its concurrently-filed Submission In Support of Order Barring Richard P. Liebowitz from Practice in the United States District Court for the Northern District of California, and in Opposition to Motion to Vacate ("CNPA Submission").

CNPA respectfully requests that the Court take judicial notice pursuant to Federal Rule of Evidence 201(b) of the following documents attached as exhibits to the Declaration of James Chadwick in Support of the CNPA Submission ("Chadwick Declaration") filed herewith:

1
2
3
- **Exhibit A**:  the order entered Nov. 1, 2019 in *Berger v. Imagina Consulting, Inc.*, No 7:18-cv-08956 (CS), 2019 U.S. Dist. LEXIS 213321 (S.D.N.Y. Nov. 1, 2019) downloaded from the Lexis case law database (Chadwick Decl., ¶ 4);

4
5
6
7
- **Exhibit B**: the decision and order of the United States District Court for the Southern District of New York entered March 29, 2019 in the case of *Craig v. UMG Recordings, Inc*., 380 F. Supp. 3d 324, 338-39 (S.D.N.Y. 2019) downloaded from the Lexis case law database (Chadwick Decl., ¶ 5);

8
9
10
11
- **Exhibit C**: the decision and order of the United States District Court for the District of Colorado entered July 3, 2019 in *Stelzer v. Lead Stories LLC*, No. 19-cv-00473-PAB-KMT, 2019 U.S. Dist. LEXIS 178345, at *9-10 (D. Colo. July 3, 2019) downloaded from the Lexis case law database (Chadwick Decl., ¶ 6);

12
13
14
15
16
- **Exhibit D**: the decision and order of the United States District Court for the Southern District of New York entered February 28, 2018 in *Steeger v. JMS Cleaning Services, LLC*, No. 17-cv-8013 (DLC), 2018 U.S. Dist. LEXIS 32730, at *3 (S.D.N.Y. Feb. 28, 2018) downloaded from the Lexis case law database (Chadwick Decl., ¶ 7);

17
18
19
- **Exhibit E**: the order entered on March 15, 2018, *Steeger v. JMS Cleaning Services, LLC*, No. 17-cv-8013 (DLC), 2018 U.S. Dist. LEXIS 42797 (S.D.N.Y. Mar. 15, 2018) downloaded from the Lexis case law database (Chadwick Decl., ¶ 7);

20
21
22
23
- **Exhibit F**: the decision and order of the United States District Court for the Southern District of New York entered July 10, 2019 in *Rice v. NBCUniversal Media, LLC*, No. 19-cv-447 (JMF), 2019 U.S. Dist. LEXIS 114690 (S.D.N.Y. July 10, 2019) downloaded from the Lexis case law database (Chadwick Decl., ¶ 8);

24
25
26
27
- **Exhibit G**: the order of the United States District Court for the Southern District of New York entered October 9, 2019, in *Polaris Images Corp. v. CBS Interactive, Inc.,* No. 19-CV-3670 (VEC), 2019 U.S. Dist. LEXIS 175618, at *2 (S.D.N.Y. Oct. 9, 2019) downloaded from the Lexis case law database (Chadwick Decl., ¶ 9);

28

- **Exhibit H**: the order of the United States District Court for the Southern District of New York entered September 18, 2019 in *Sands v. Bauer Media Grp. USA, LLC*, No. 17-cv-9215 (LAK), 2019 U.S. Dist. LEXIS 160421 (S.D.N.Y. Sep. 18, 2019) downloaded from the Lexis case law database (Chadwick Decl., ¶ 10);

- **Exhibit I**: the decision and order of the United States District Court for the Southern District of New York entered *Ferdman v. CBS Interactive, Inc.,* 342 F. Supp. 3d 515 (S.D.N.Y. 2018) downloaded from the Lexis case law database (Chadwick Decl., ¶ 11).

- **Exhibit J**: the docket in the case *Berger v. Imagina Consulting, Inc.*, No 7:18-cv-08956 (CS) (S.D.N.Y.) printed from the PACER website of the Federal District Court for the Southern District of New York on December 14, 2019 (Chadwick Decl., ¶ 13).

Federal Rule of Evidence 201(b) allows courts to "judicially notice a fact that is not subject to reasonable dispute because it . . . is generally known within the trial court's territorial jurisdiction; or . . . can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). Judicial notice may be taken at any stage of the proceeding, and the Court "must take judicial notice if [a] party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(c); *Papai v. Harbor Tug & Barge Co*., 67 F.3d 203, 207, n.5 (9th Cir. 1995) ("Such '[j]udicial notice may be taken at any stage of the proceeding,' including on appeal; and is mandatory 'if requested by a party and [the court is] supplied with the necessary information.'" (citations omitted)), *rev'd on other grounds*, 520 U.S. 548 (1997).

Adjudicative facts of which the Court may take judicial notice include "court filings and other matters of public record." *Reyn's Pasta Bella, LLC v. Visa USA, Inc*., 442 F3d 741, 746, fn. 6 (9th Cir. 2006) (taking judicial notice of parties' briefs filed in related litigation and transcript of hearing); *Papai*, 67 F.3d at 207, n.5 (taking judicial notice of decision and order of administrative law judge); *Nero AG v. MPEG LA, L.L.C.*, No. 10-cv-3672-MRP-RZ, 2010 U.S. Dist. LEXIS 119030, at *25 (C.D. Cal. Sep. 14, 2010); *Frisch v. Paychex, Inc*., No. SACV 16-01583 AG

(AGRx), 2017 U.S. Dist. LEXIS 170894, at *2 (C.D. Cal. Oct. 13, 2017) (taking judicial notice of "unpublished appellate decisions, which are available on a commercial research database.")

Exhibits A - I to the Chadwick Declaration are decisions and orders of courts of the United States District Court for the Southern District of New York and the District of Colorado. These documents are publicly available and readily verifiable on the PACER website and dockets for the District Courts, and several have been reported by an official reporter . (*See* Chadwick Decl., ¶¶ 5, 11, 13, Exs. B, I.) The decisions and orders are also available from the Lexis case law database, from which the copies attached to the Chadwick Declaration were obtained. (Chadwick Decl., ¶¶ 4 - 11, Exs. A - I.) Accordingly, Exhibits A - I to the Chadwick Declaration are proper subjects of judicial notice, and their reliability and authenticity are easily verifiable and cannot be reasonably disputed.  See Fed. R. Evid. 201(b). Thus, the Court should take judicial notice of these documents.

Similarly, Exhibit J is a copy of the docket in the case *Berger v. Imagina Consulting, Inc.*, No 7:18-cv-08956 (CS) (S.D.N.Y.) that was printed from the PACER website of the Federal District Court for the Southern District of New York on December 14, 2019. Exhibit J is an official record of the Federal District Court of the Southern District of New York. "A court may take judicial notice of undisputed matters of public record, which may include court records available through PACER." *United States v. Raygoza-Garcia*, 902 F.3d 994, 1001 (9th Cir. 2018). Accordingly, the Court may take judicial notice of Exhibit J and the orders of the court reflected therein. *Id.*; *Reyn's Pasta Bella,* 442 F.3d at 746, fn. 6.

Dated: December 16, 2019

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By   */s/ James M. Chadwick*
JAMES M. CHADWICK
TENAYA RODEWALD
Attorneys for California News Publishers Association