UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF RICHARD P.
LIEBOWITZ

Case No.  19-mc-80228-JD

**ORDER**

  This order resolves Attorney Liebowitz's Motion to "Correct or Otherwise Vacate the Court's Order, Dated October 7, 2019 Respecting Use of the Term 'Disbarment.'"  Dkt. No. 5.

  Liebowitz's motion is correct in one sense:  he cannot be "disbarred" from a bar to which he was never admitted in the first place.  Liebowitz has falsely held himself out as a member of this Court's bar on multiple occasions.  He did so in this very matter, stating in pertinent part in his response to the Order to Show Cause:  "My membership in the bar of the United States District Court for the Northern District of California should not be terminated."  Dkt. No. 2 ¶ 1.

  Liebowitz has also filed a number of cases here as though he were a member in good standing.  He filed the complaints in *Chevrestt v. SFG Media Group, LLC*, Case No. 19-cv-4826-EJD, and *Singer v. Pixel Labs, Inc.*, Case No. 19-cv-4753-LHK, as the sole attorney for plaintiffs, and he did not in those cases apply for admission to the bar on a pro hac basis.  He filed complaints in other cases -- for example, *Zlozower v. Amoeba Music Inc.*, Case No. 19-cv-4701-PJH; *Tabak v. ABS-CBN International*, Case No. 19-cv-5202-YGR; *Parisienne v. Gatechina, Inc.*, Case No. 19-cv-4827-CRB, and *Harbus v. B3 Media, LLC*, Case No. 19-cv-4829-JST -- without

United States District Court
Northern District of California

1   filing pro hac vice applications until the Court issued the Order to Show Cause, Dkt. No. 1, in this

2   matter.

3          As Liebowitz knows, he has never been admitted as a member of the bar of this District.

4   He has falsely held himself out and acted as though he were a member on many occasions, but in

5   fact never has been a member, and is not currently admitted.  Liebowitz is ordered to stop any

6   further misrepresentation, whether express or implied, that he is a member in good standing of the

7   bar of this District.

8          The unprofessional and blameworthy conduct Liebowitz has shown here is consistent with

9   the extensive public record of discipline he has amassed in courts across the United States.  This

10  record exacerbates the unacceptable conduct Liebowitz has engaged in this District, and

11  establishes good grounds for doubting that Liebowitz should be permitted to practice in this

12  District even on a pro hac vice basis.  For pro hac vice admission, Local Rule 11-3(a) requires that

13  the applicant certify under oath that "he or she is an active member in good standing of the bar of a

14  United States Court or of the highest court of another State or the District of Columbia," and that

15  he "agrees to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4 . . . ."

16  The Court notes that Rule 11-4(a) requires, among other things, that "any attorney permitted to

17  practice in this Court under Civil L.R. 11 must . . . [p]ractice with the honesty, care, and decorum

18  required for the fair and efficient administration of justice" and "[d]ischarge his or her obligations

19  to his or her client and the Court."  Rule 11-3(b) provides that unless "authorized by an Act of

20  Congress or by an order of the assigned judge, an applicant is not eligible for permission to

21  practice pro hac vice if the applicant . . . [i]s regularly engaged in the practice of law in the State of

22  California."

23         An application to appear pro hac vice is to be decided by each individual judge to whom

24  any such application is made.  But to aid the judges of this District in ruling on any applications

25  made by Liebowitz, he is ordered to submit a copy of this Order in every open case in this District

26  //

27  //

28  //

United States District Court
Northern District of California

2

in which he has been admitted pro hac vice, and to provide a copy of this Order with every future pro hac vice application he may file in this District between June 13, 2020, and June 13, 2021.

**IT IS SO ORDERED.**

Dated:  June 12, 2020

_____
JAMES DONATO
United States District Judge

United States District Court
Northern District of California