UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ODIVISION

IN THE MATTER OF
RICHARD P. LIEBOWITZ

Case No. 19-mc-80228-JD

## **DECLARATION OF COMPLIANCE**

I, RICHARD P. LIEBOWITZ, hereby swear under the penalty of perjury that the following is true and correct to the best of my personal knowledge:

1.      I am the respondent in this action.

2.      Pursuant to the Honorable Court's order, dated June 12, 2020 [Dkt. #17] (the "Order"), I hereby certify that I am in compliance with the Order, which has been filed "in every open case in this District in which [Mr. Liebowitz] has been admitted pro hac vice". These cases are:

(a)     *Geerds v. San Francisco Bay View, Inc.,* 4:19-cv-06465 (JST) (N.D. Cal.);

(b)     *Zharkov v. 3dBin, Inc.*, 4:19-cv-05616 (PJH) (N.D. Cal.);

1      (c)    *Verch v. Toolfarm.com, Inc.*, 5:20-cv-02491 (BLF) (N.D. Cal.).[1]

2 Dated: July 13, 2020

3 Valley Stream, New York

4

5                               Respectfully Submitted:

6                               **/s/richardliebowitz/**

7                               Richard Liebowitz (RL1234)

8                               LIEBOWITZ LAW FIRM, PLLC

9                               11 Sunrise Plaza, Suite 305

10                               Valley Stream, NY 11580
Tel: (516) 233-1660

11                               RL@LiebowitzLawFirm.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26 [1] This case involved a venue transfer and Mr. Liebowitz did not file an application for pro hac vice. However, for sake of precaution, Mr. Liebowitz filed the Order in this case because it remains open.

27

28